E-filing

COMPLAINT by A PRISONER UNDER THE CIVIL
RIGHTS ACT, 42 U.S.C 1983

NAME __WEAVER_____ __WILLIE__
        (LAST)              (FIRST)(INITIAL)

PRISONER NUMBER __J-91389__

INSTITUTIONAL ADDRESS __PELICAN BAY
STATE PRISON P.O. BOX 7000 CRESCENT
CITY, CA. 95531.
UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA

WILLIE WEAVER                 CASE NO. _____
(ENTER THE FULL NAME         (TO BE PROVIDE
OF PLAINTIFF IN THIS         BY THE CLERK
ACTION)                      OF COURT)     (PR)
          NS.
THIRD WATCH 03/25/08
DIRECTOR, WARDEN, ASSIT      COMPLAINT UNDER
WARDEN, CAPTAIN, LIEUTEN-    THE CIVIL RIGHT
MEDICAL SERGEANT, CORRECTIONAL OFFICER  ACT 42 U.S.C
(ENTER THE FULL NAME OF      1983
DEFENDANT(S) IN THIS ACTION)

(ALL QUESTIONS ON THIS COMPLAINT FORM
MUST BE ANSWERED IN ORDER FOR YOUR
ACTION TO PROCEED..)
1, EXHAUSTION OF ADMINISTRATIVE REMEDIES
NOTE: YOU MUST EXHAUST YOUR ADMINI-
STRATIVE REMEDIES BEFORE CLAIM CAN
GO FORWARD, THE COURT WILL DISSMISS
ANY UNEXHAUSTED CLAIMS)
A. PLACE OF PRESENT CONFINEMENT P.S.L
B. IS THERE A GRIEVANCE PROCEDURE IN
   THIS INSTITUTION? YES (X) NO ( )
C. DID YOU PRESENT THE FACTS IN
   YOUR COMPLAINT FOR REVIEW THROUGH
   THE GRIEVANCE PROCEDURE? YES (X)
   NO ( )
D. IF YOUR ANSWER IS YES, LIST THE
APPEAL NUMBER AND THE DATE AND
RESULT OF THE

COMPLAINT              - 1 -

STATEMENT OF CLAIM

STATE HERE AS BRIEFLY AS POSSIBLE
THE FACTS, OF YOUR CASE, BE SURE TO
DESCRIBE HOW EACH DEFENDANT IS
INVOLVED AND HOW TO INCLUDE DATES
WHEN POSSIBLE DO NOT GIVE ANY LEGAL
ARGUMENTS OR CITE ANY CASES OR
STATUTES, IF YOU HAVE MORE THAN ONE
CLAIM, EACH CLAIM SHOULD BE SET
FORTH IN A SEPARATE NUMBERED
PAPAGRAPH.

ON 03/25/08 DEFENDANT(S) INMATES
ARE IN CONSPIRACY AGAINST PLAINTIFF,
ONCE AGAIN CALLING PLAINTIFF THE
-N- WORD HARRASSING PLAINTIFF THROUGH
SENSORY DEVICE MACHINE, MEDICAL,
HERE ARE WITTNESSES NAME GOING
THREW THE SAME THING, 1# BLOCK WILLOCK
CARLOS/LOTS 1# BLOCK, MONTELLO 1#
BLOCK/ JOHN RABE' D-58062 CELLS
203, 204, 102, 103, 207, 208, 209, 110, 211,
111, ARE IN CONSPRIRACY, DEFENDANT(S)
SHOWED DELIBERATE INDIFERENCE UNDER
THE EIGHT AMENDMENT, UNUSUAL PUNISHMENT

IV. RELIEF
YOUR COMPLAINT CANNOT GO FORWARD
UNLESS YOU REQUEST SPECIFIC RELIEF,
STATE BRIEFLY EXACTLY WHAT YOU
WANT ARE THE COURT TO DO FOR YOU
MAKE NO LEGAL ARGUMENTS', CITE
NO CASES OR STATUTES,

LIABILITY DAMAGES: 50,000
FIFTY THOUSAND DOLLARS DUE TO:
HARRASSMENT, THREATING, CONSPIRACY
UNITED STATES' CONSTITUTION VIOLATION

PUNITIVE DAMAGES: 50,000 FIFTY
THOUSAND DOLLARS, DUE TO: MENTAL
ANGUISH, STRESS DISORDER,

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FORGOING IS TRUE AND CORRECT.
SIGNED THIS ___03___ DAY OF ___25 20 08___

COMPLAINT     - 3 -

APPEAL AT EACH LEVEL OF REVIEW, IF YOU
did NOT PURSUE A CERTAIN LEVEL OF
APPEAL EXPLAIN WHY.
1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
_____

3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU
  APPEALED THE HIGHEST LEVEL OF
  APPEAL AVAILABLE TO YOU?
      YES ( )   NO ( ),
F. IF YOU did NOT PRESENT YOUR CLAIM
  FOR REVIEW THROUGH THE GRIEVANCE
  PROCEDURE.
  EXPLAIN WHY. _STILL BEING
          PROCESSED

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT
  ADDRESS, DO THE SAME FOR ADDITIONAL
  PLAINTIFFS IF ANY. WILLIE WEAVER
  PELICAN BAY STATE PRISON P.O. BOX
  7000 CRESENT CITY, CA. 95531.
B. WRITE THE FULL NAME OF EACH
  DEFENDANT HIS OR HER OFFICIAL
  POSITION, AND HIS OR HER PLACE
  OF EMPLOYMENT.
    PELICAN BAY STATE PRISON, THE
  DIRECTOR, WARDEN, ASSIT WARDEN,
  CAPTAIN, LIEUTENANT, SERGEANT,
  CORRECTIONAL OFFICERS, FOR 03/25/08
  INMATES IN B-SECTION INMATES
  IN A-SECTION MEDICAL

COMPLAINT          - 2 -

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA. 95531,

PRO SE

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

## BUSINESS REPLY MAIL

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

**PELICAN BAY
P.S.U. UNIT B-2**

CONFIDENTIAL
LEGAL MAIL

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

02 1M
0004217666
MAILED FROM ZIP